UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTINA CARAMORE and MICHELLE MARTIN, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>                  -against-<br><br>MAIDENFORM BRANDS, INC. and WACOAL AMERICA, INC.,<br><br>                        Defendants. | **STIPULATION AND** [~~PROPOSED~~] **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 2:14-CV-01968-FSH-MAH<br><br>ECF CASE |

       Plaintiffs Christina Caramore and Michelle Martin ("Plaintiffs") and Defendant Wacoal America, Inc. ("Wacoal")[1], by and through their attorneys of record, do hereby stipulate and agree to the following:

       WHEREAS, on March 28, 2014, Plaintiffs filed the complaint in the above-captioned action (the "Complaint") against Maidenform Brands, Inc. and Wacoal (collectively, "Defendants");

       WHEREAS at least three actions currently pending across the country assert substantially similar allegations against Defendants;

       WHEREAS, on May 21, 2014, Defendants submitted a petition to the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate these cases and to transfer them to the District of New Jersey, *see In re: Novarel Slim Fabric Marketing and Sales Practices Litigation*, MDL No. 2556, and Plaintiffs in this action do not intend to oppose that petition;

       WHEREAS on June 5, 2014, the undersigned parties moved, in the interest of efficiency and judicial economy, to stay this action pending a decision by the JPML regarding MDL

---

[1] Defendant Maidenform Brands, Inc. has not been served in this action.

ny-1146111

Number 2556, and on June 6, 2014 this Court denied that motion without prejudice, stating that it would consider a motion extending Wacoal's time to respond to the Complaint; and

WHEREAS Wacoal's current deadline to answer, move to dismiss, or otherwise respond to the Complaint is June 23, 2014 and the parties have made no prior request to extend this deadline;

WHEREAS an extension of the time to respond to the Complaint in light of the motion pending before the JPML would conserve the Court's and the parties' resources, obviating the need for the parties to litigate a motion to dismiss the current Complaint when, if consolidation is granted, there would likely be a later consolidated pleading that Wacoal would likely move to dismiss;

NOW, THEREFORE, the undersigned parties hereby stipulate and request that the Court enter an order that Wacoal America, Inc.'s deadline to answer, move to dismiss, or otherwise respond to the Complaint is hereby extended to August 22, 2014.

Dated: June 6, 2014

| ALONSO KRANGLE LLP | MORRISON & FOERSTER LLP |
|---|---|
| By: /s/ David B. Krangle <br> David B. Krangle <br> 445 Broad Hollow Road, Suite 205 <br> Melville, NY 11747 <br> Phone: (516) 350-5555 <br> Fax: (516) 350-5554 <br> Email: DKrangle@alonsokrangle.com | By: /s/ David J. Fioccola <br> David J. Fioccola <br> 1290 Avenue of the Americas <br> New York, NY 10104-0050 <br> Phone: (212) 468-8000 <br> Fax: (212) 468-7900 <br> Email: dfioccola@mofo.com |
| *Attorneys for Plaintiffs Christina Caramore and Michelle Martin* | *Attorneys for Defendant Wacoal America, Inc.* |

**SO ORDERED**

Dated: 6/9/14

_____
Honorable Faith S. Hochberg
United States District Judge

ny-1146111    2